No. 02–1411.  BOEING CO. *v.* UNITED STATES EX REL. ROBY. C. A. 6th Cir.  Motions of Chamber of Commerce of the United States of America and National Defense Industrial Association for

leave to file briefs as *amici curiae* granted. Certiorari denied.